CIVIL, CLOSED

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00126-FCD-EFB**

Phoenix v. Davol Inc., et al
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Edmund F. Brennan
Cause: No cause code entered

Date Filed: 01/17/2008
Date Terminated: 03/10/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joe Phoenix**

represented by **Michael Francis Ram**
Levy, Ram & Olson LLP
639 Front Street
4th Floor
San Francisco, CA 94111
(415) 433-4949
Fax: (415) 433-7311
Email: MFR@lrolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Franicsco, CA 94111-3993
415288-9800
Fax: 415288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*

**Defendant**

**C.R. Bard, Inc.**

represented by **Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/17/2008 | 1 | COMPLAINT *for Damages* against Davol, Inc., C.R. Bard, Inc. by Joe Phoenix. Attorney Ram, Michael Francis added. (Attachments: # 1 Civil Cover Sheet) (Ram, Michael) (Entered: 01/17/2008) |
| 01/17/2008 | | RECEIPT number # CAE200004136 $350.00 fbo plaintiff Jae Phoenix by attorney Michael F. Ram on 1/17/2008. (Marciel, M) (Entered: 01/17/2008) |
| 01/17/2008 | 3 | SUMMONS ISSUED as to *Davol, Inc., C.R. Bard, Inc.* with answer to complaint due within *20* days. Attorney *Michael F. Ram* *Levy, Ram & olson* *639 Front Street, Fourth Floor* *San Francisco, CA 94111*. (Marciel, M) (Entered: 01/17/2008) |
| 01/17/2008 | 4 | CIVIL NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Marciel, M) (Entered: 01/17/2008) |
| 02/04/2008 | 5 | SUMMONS RETURNED EXECUTED by Joe Phoenix. Davol, Inc. served on 1/22/2008, answer due 2/11/2008. (Ram, Michael) (Entered: 02/04/2008) |
| 02/19/2008 | 6 | STIPULATION *STIPULATION TO EXTEND TIME OF DEFENDANTS DAVOL INC. AND C.R. BARD, INC. TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT* by Davol, Inc., C.R. Bard, Inc.. Attorney Frieder, Thomas M. added. (Frieder, Thomas) (Entered: 02/19/2008) |
| 02/19/2008 | 7 | STATEMENT of CORPORATE DISCLOSURE STATEMENT by Defendants Davol, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 02/19/2008) |
| 03/10/2008 | 8 | MDL ORDER, CASE TRANSFERRED to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED(Waggoner, D) (Entered: 03/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2008 11:26:30 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00126-FCD-EFB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |